Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Alex Hernandez      **Case Number:** 1:16CR10179

**Name of Sentencing Judicial Officer:** Honorable Indira Talwani, U.S. District Judge

**Date of Original Sentence:** 7/26/2017

**Date of Revocation Sentence:** 9/04/2020

**Original Offense:** Threats Against the President and Successors to the President, in violation of Title 18 U.S.C. §871(a)

**Original Sentence:** 37 months of custody followed by 36 months supervised release

**Revocation Sentence:** 16 days of custody, to be released as soon as a bed at Coolidge House is available, followed by 2 years and 11 months of supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 5/05/2020

**Date Supervision Re-commenced:** 9/08/2020

---

## PETITIONING THE COURT

[ ] To extend the term of supervision for    years, for a total term of    years
[X] To modify the conditions of supervision as follows:

**The defendant will participate in an assessment at the Community Corrections Center and participate in programming as directed by the U.S. Probation Office.**

### CAUSE

On 3/31/21, Mr. Hernandez appeared at Westborough District Court at which time he pled guilty to Failure to Stop for the Police and Negligent Operation of a Motor Vehicle. He was ordered to pay court fees with no supervision to follow.

Following consultation with Attorney Scott Lauer, Mr. Hernandez subsequently agreed to the above modification that will serve as a sanction and will provide Mr. Hernandez with programming focused on cognitions and to include GED preparation classes. Mr. Hernandez agreed to the modification as evidenced by his signature on the attached Waiver of Hearing to Modify Conditions of Probation (Form 49).

Reviewed/Approved by:      Respectfully submitted,

/s/ Lisa Paiva      /s/ Michael D. Forman
Lisa Paiva      by Michael D. Forman
Supervisory U.S. Probation Officer      Sr. U.S. Probation Officer
     Date:    6/22/2021

| Prob 12B | - 2 - | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

## THE COURT ORDERS
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Honorable Indira Talwani
U.S. District Judge

6/23/2021
Date